KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 LAS VEGAS BLVD SOUTH
SUITE 200
LAS VEGAS, NV  89101
(702)853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:
DIANA M WINDER

CASE NO: 10-32298-ABL
CHAPTER 13

DEBTORS

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, KATHLEEN A. LEAVITT files this Notice of Final Cure Payment.  **NOTICE: A RESPONSE IS REQUIRED.**  Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), within 21 days after service of this NOTICE OF FINAL CURE PAYMENT, the holder shall file and serve on 1) the debtor, 2) debtor's counsel, and 3) the trustee a statement indicating:

(1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and;
(2) whether the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

The statement shall itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to respond may preclude presentment of this information in any contested matter and/or result in sanctions.

The amount required to cure the default in the claim  listed below **has been paid in full**.

**Final Cure Amount**

| Court Claim # | Name of Creditor / Account Number / Property Address | Claim Allowed | Amount Paid by Trustee |
|---|---|---|---|
| 15 | **SHELLPOINT MORTGAGE SERVICIN** 0555834675 3974 SPRUCE FERN LANE LV NV 89115 | $228,792.71 | $0.00 |
|  | **SHELLPOINT MORTGAGE SERVICIN** 0555834675 3974 SPRUCE FERN LANE, LAS VEGAS, NV 89115 | $0.00 | $2,411.43 |
| 15-DOC | **SHELLPOINT MORTGAGE SERVICIN** 4675 | $95.00 | $0.00 |

**Monthly Ongoing Mortgage Payment**

**Mortgage is Paid:**  __X__ **By the Chapter 13 Trustee**     ___ **Direct by the Debtor**

DISBURSEMENT HISTORY

DIANA M WINDER                                          10-32298-ABL

**Trustee Claim #117**

| | Disbursement Date | Check Number | Amount |
|---|---|---|---|
| SHELLPOINT MORTGAGE SERVICING | 02/01/2016 | 1,314,130 | $803.81 |
| SHELLPOINT MORTGAGE SERVICING | 03/01/2016 | 1,315,910 | $803.81 |
| SHELLPOINT MORTGAGE SERVICING | 04/01/2016 | 1,317,658 | $803.81 |

**Total Paid: $2,411.43**

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702) 853-0700

E-filed on: 10/4/16

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>**DIANA M WINDER**<br><br><br><br>**Debtor (s)** | CASE NO: BKS-10-32298-ABL<br>**Chapter 13** |

# CERTIFICATE OF SERVICE

1. On  October 04, 2016 I served the following document(s):

   **NOTICE OF FINAL CURE PAYMENT**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States mail, postage fully prepaid**

DIANA M WINDER
P. O. BOX 336632
NORTH LAS VEGAS, NV  89033

ELECTRONIC SERVICE -
HAINES & KRIEGER LLC
8985 S EASTERN AVENUE
SUITE 350
HENDERSON, NV  89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI, OH  45274-0039

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI, OH  45274-0039

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI, OH  45274-0039

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:  10/4/16

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee