KATHLEEN A LEAVITT  
CHAPTER 13 STANDING TRUSTEE  
201 LAS VEGAS BLVD SOUTH  
SUITE 200  
LAS VEGAS, NV  89101  
(702)853-0700  
kal13mail@las13.com  

e-filed on 12/23/2016

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  
DIANA M WINDER  
P. O. BOX 336632  
NORTH LAS VEGAS, NV  89033

CHAPTER 13  
CASE NO: BKS-10-32298-ABL

## CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)

Pursuant to Fed. R. Bankr P. 5009, Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and/or the Debtor has completed all payments under the plan.  Accordingly, the Trustee hereby submits the following Final Account and Report of the Administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Any objection to the Trustee's Final Account and Report must be written, state the grounds of objection, and be filed no later than 1/27/17, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor,Las Vegas, NV 89101, with a copy served upon Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, 201 Las Vegas Blvd South, Suite 200, Las Vegas, NV 89101.  In the absence of a timely filed Objection, the Bankruptcy Court may, if appropriate,  issue the debtor(s) a Discharge.  In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to Local Bankruptcy Rule 9014.

| Case Filed Date: | Date Plan Confirmed: | Date Case Closed: |
|---|---|---|
| 11/29/2010 | 08/25/2011 | 06/11/2016 |

Total funds received and disbursed pursuant to the plan: 25,627.00        Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | 12 | 00002 | UNSECURED | 7,410.89 | 148.20 | 0.00 |
| APPLIED CARD BANK | | 00003 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| APPLIED CARD BANK | | 00004 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| ASSOCIATES/CITIBANK | | 00005 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| ASSOCIATES/CITIBANK | | 00006 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |

**WINDER, DIANA**  CASE NO: BKS-10-32298-ABL

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| SHELLPOINT MORTGAGE SERVICING | 15 | 00007 | MORTG ARREARS PRE PETITION | 1,378.83 | 1,378.83 | 0.00 |
| UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF | 8 | 00008 | UNSECURED | 58,469.14 | 1,169.21 | 0.00 |
| BACK BOWL I LLC | 4 | 00009 | UNSECURED | 35,040.74 | 700.72 | 0.00 |
| ECAST SETTLEMENT CORPORATION | 2 | 00010 | UNSECURED | 13,420.34 | 268.37 | 0.00 |
| BANK OF AMERICA | | 00011 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | | 00012 | MORTGAGE DIRECT | 0.00 | 0.00 | 0.00 |
| Barclays Bank Delaware | | 00013 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | | 00014 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| VANDA LLC | 10 | 00015 | UNSECURED | 2,668.44 | 39.46 | 0.00 |
| CAPITAL ONE, N.A. | | 00016 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION | 9 | 00017 | MORTGAGE DIRECT | 50,384.20 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF | 6 | 00018 | UNSECURED | 11,204.24 | 224.06 | 0.00 |
| CITGO OIL / CITIBANK | | 00019 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITGO OIL / CITIBANK | | 00020 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITI CORP CREDIT SERVICES | | 00021 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITI CORP CREDIT SERVICES | | 00022 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CitiCards Private Label | | 00023 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITICARDS PRIVATE LABEL | | 00024 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | 11 | 00025 | UNSECURED | 3,977.41 | 71.23 | 0.00 |
| CITIBANK SOUTH DAKOTA NA | | 00026 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITIBANK STU | | 00027 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CITIBANK STU | | 00028 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITIBANK USA | | 00029 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITIBANK (SOUTH DAKOTA) N.A. | | 00030 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CPU/CITI - CONOCO PHILLIPS UNION | | 00031 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CPU/CITI - CONOCO PHILLIPS UNION | | 00032 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| DISCOVER FINANCIAL | | 00033 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES, LLC | | 00034 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Excellence Community Management | | 00035 | SECURED DIRECT | 0.00 | 0.00 | 0.00 |
| EXXMBLCITI | | 00036 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |

**WINDER, DIANA** CASE NO: BKS-10-32298-ABL

| | CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|---|
| 3 | EXXMBLCITI | | 00037 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 4 | FLEET CC/BANK OF AMERICA | | 00038 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| | Fleet Cc/Bank of America | | 00039 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 5 | GEMB / MERVYNS | | 00040 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 6 | GEMB/MERVYN | | 00041 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 7 | GEMB/WALMART | | 00042 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| | GEMB/WALMART | | 00043 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 8 | GREGORY HEDGEMAN | | 00044 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 9 | HSBC BANK | | 00045 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 10 | HSBC/DAVBR | | 00046 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| | HSBC/DAVBR | | 00047 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 11 | IRS | | 00048 | IRS PRTY | 0.00 | 0.00 | 0.00 |
| 12 | MERRICK BANK CORP | | 00049 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 13 | ECMC | 14 | 00050 | UNSECURED | 70,807.75 | 1,415.95 | 0.00 |
| | Nelnet Lns | | 00051 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 14 | ONE NEVADA CREDIT UNION F/K/A NEVADA FEDERAL CREDIT | 5-2 | 00052 | UNSECURED | 2,000.00 | 35.82 | 0.00 |
| 15 | RMI Management HOA | | 00053 | SECURED DIRECT | 0.00 | 0.00 | 0.00 |
| 16 | RSHK/CBSD | | 00054 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| | RADIO/CBSD | | 00055 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES LLC SUCCESSOR IN | 16-2 | 00056 | UNSECURED | 4,149.91 | 74.34 | 0.00 |
| 18 | Shell Oil / Citibank | | 00057 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 19 | SHELL/CITIBANK CBNA | | 00058 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| | Spiegel | | 00059 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 20 | SPIEGEL | | 00060 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 21 | TMC | | 00061 | SECURED DIRECT | 0.00 | 0.00 | 0.00 |
| 22 | TNB-VISA | | 00062 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| | Tnb-visa | | 00063 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 23 | USAA Federal Savings | | 00064 | VEHICLE DIRECT | 0.00 | 0.00 | 0.00 |
| 24 | Unvl/Citi | | 00065 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| | Unvl/citi | | 00066 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |

WINDER, DIANA  CASE NO: BKS-10-32298-ABL

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| US BANK NA | 13 | 00067 | UNSECURED | 186.27 | 0.00 | 0.00 |
| VICTORIA'S SECRET | | 00068 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| VICTORIA'S SECRET | | 00069 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | | 00070 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Wells fargo | | 00071 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| WELLS FARGO OPERATIONS CENTER | 7 | 00072 | UNSECURED | 102,803.79 | 2,055.78 | 0.00 |
| WELLS FARGO BANK NA | 19 | 00073 | RESIDENCE MORTGAGE DIRECT | 115,451.91 | 0.00 | 0.00 |
| TMC | | 00077 | SECURED DIRECT | 0.00 | 0.00 | 0.00 |
| ASSOCIATES/CITIBANK | | 00078 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING LP | | 00079 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | 3 | 00080 | UNSECURED | 13,514.36 | 270.26 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF | 1 | 00081 | UNSECURED | 9,707.36 | 194.12 | 0.00 |
| BANK OF AMERICA | | 00082 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | | 00083 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | | 00084 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | | 00085 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | | 00086 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | | 00087 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA, NA | | 00088 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA, NA | | 00089 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA, NA | | 00090 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA, NA | | 00091 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITI CORP CREDIT SERVICES | | 00092 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITI CORP CREDIT SERVICES | | 00093 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITI CORP CREDIT SERVICES | | 00094 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITI CORP CREDIT SERVICES | | 00095 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITI CORP CREDIT SERVICES | | 00096 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITIBANK SD, NA | | 00097 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CITIBANK STU | | 00098 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Nelnet Lns | | 00099 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |

WINDER, DIANA                                                    CASE NO: BKS-10-32298-ABL

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| Nelnet Lns | | 00100 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nelnet Lns | | 00101 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nelnet Lns | | 00102 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nelnet Lns | | 00103 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nelnet Lns | | 00104 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nelnet Lns | | 00105 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nelnet Lns | | 00106 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nevada Federal Cred Un | | 00107 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Nevada Federal Cred Un | | 00108 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NV NA | | 00109 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| Wells Fargo Hm Mortgag | | 00110 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| GLEN-VIEW TOUWNHOMES #1 ASSOCIATION | 17 | 00111 | SECURED-OTHER | 0.00 | 0.00 | 0.00 |
| SHELLPOINT MORTGAGE SERVICING | 15 | 00112 | MORTGAGE DIRECT | 228,792.71 | 0.00 | 0.00 |
| GLEN-VIEW TOUWNHOMES #1 ASSOCIATION | 18 | 00113 | SECURED-OTHER | 686.00 | 686.00 | 95.76 |
| WELLS FARGO BANK NA | 19 | 00115 | MORTGAGE LATE FEES POST PETITION | 108.78 | 108.78 | 0.00 |
| SHELLPOINT MORTGAGE SERVICING | | 00117 | MORTGAGE TRIAL PERIOD PAYMENTS | 0.00 | 2,411.43 | 0.00 |
| SHELLPOINT MORTGAGE SERVICING | 15-DOC | 00118 | MORTGAGE LATE FEES POST PETITION | 95.00 | 95.00 | 0.00 |
| HAINES & KRIEGER LLC | | 00000 | Administrative | $12,101.26 | $12,101.26 | |

The debtor(s) attorney, HAINES & KRIEGER LLC, was allowed $13,601.26 of which $1,500.00 was paid directly by the debtor(s) and $12,101.26 was paid from the plan. The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $1,569.40 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $12,101.26 |
| Previous Attorney Fees | $0.00 |
| Priority | 0.00 |
| Secured | 4,775.80 |
| Unsecured | 6,667.54 |
| Refund to the Debtor and/or Chapter 7 Trustee | $513.00 |
| Total | $25,627.00 |

| | |
|---|---|
| **WINDER, DIANA** | CASE NO: BKS-10-32298-ABL |
| Dated: 12/23/16 | Submitted by: |
| | /s/ Kathleen A. Leavitt |
| | KATHLEEN A. LEAVITT |
| | Chapter 13 Standing Trustee |

| | |
|---|---|
| KATHLEEN A LEAVITT<br>CHAPTER 13 STANDING TRUSTEE<br>201 Las Vegas Blvd South<br>Suite 200<br>Las Vegas, NV  89101<br>(702)853-0700 | |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>DIANA M WINDER<br><br><br>Debtor (s) | CASE NO: BKS-10-32298-ABL<br>Chapter 13 |

## CERTIFICATE OF SERVICE

1. On December 23, 2016, I served the following document(s):

   **CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States mail, postage fully prepaid**

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>300 LAS VEGAS BLVD., SOUTH<br>LAS VEGAS, NV  89101 | AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES, CA  90096 | APPLIED CARD BANK<br>601 DELAWARE AVE<br>WILMINGTON, DE  19801 |
| APPLIED CARD BANK<br>ATTENTION: GENERAL INQUIRIES<br>PO BOX 17125<br>WILMINGTON, DE  19850 | ASSOCIATES/CITIBANK<br>ATTN: CENTRALIZED BANKRUPTCY<br>7255 BAYMEADOWS WAY<br>JACKSONVILLE, FL  32256 | ASSOCIATES/CITIBANK<br>CREDIT BUREAU DISP<br>SIOUX FALLS, SD  57117 |
| BAC HOME LOANS SERVICI<br>450 AMERICAN ST<br>SIMI VALLEY, CA  93065 | BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC  27410 | BANK OF AMERICA<br>4060 OGLETOWN/STANTON RD<br>NEWARK, DE  19713 |
| BANK OF AMERICA<br>ATTN: BANKRUPTCY NC4-105-03-14<br>PO BOX 26012<br>GREENSBORO, NC  27410 | BANK OF AMERICA<br>PO BOX 1598<br>NORFOLK, VA  23501 | BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON, DE  19886 |
| BARCLAYS BANK DELAWARE<br>ATTENTION:  CUSTOMER SUPPORT DEPARTMENT<br>PO BOX 8833<br>WILMINGTON, DE  19899 | BARCLAYS BANK DELAWARE<br>P.O. B  8803<br>WILMINGTON, DE  19899 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK  73154 |

| | | |
|---|---|---|
| **WINDER, DIANA** | | CASE NO: BKS-10-32298-ABL |
| CAPITAL ONE, N.A.<br>PO BOX 85520<br>RICHMOND, VA  23285 | CHASE<br>9451 CORBIN AVENUE<br>NORTHRIDGE, CA  91328 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE  19850 |
| CITGO OIL / CITIBANK<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20432<br>KANSAS CITY, MO  64195 | CITGO OIL / CITIBANK<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | CITI CORP CREDIT SERVICES<br>701 E 60TH ST N<br>SIOUX FALLS, SD  57104 |
| CITI CORP CREDIT SERVICES<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20363<br>KANSAS CITY, MO  64195 | CITICARDS PRIVATE LABEL<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO  64195 | CITICARDS PRIVATE LABEL<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 |
| CITIBANK SD, NA<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO  64195 | CITIBANK SD, NA<br>POB 6241<br>SIOUX FALLS, SD  57117 | CITIBANK STU<br>ATTN: BANKRUPTCY<br>PO BOX 6191<br>SIOUX FALLS, SD  57117 |
| CITIBANK STU<br>PO BOX 22828<br>ROCHESTER, NY  14692 | CITIBANK USA<br>ATTN.: CENTRALIZED  BANKRUPTCY<br>PO BOX 20363<br>KANSAS CITY, MO  64195 | CITIBANK USA<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 |
| CPU/CITI - CONOCO PHILLIPS UNION<br>ATTN:  CENTRALIZED BANKRUPTCY<br>PO BOX 20363<br>KANSAS CITY, MO  64195 | CPU/CITI - CONOCO PHILLIPS UNION<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | DISCOVER FIN<br>ATTENTION: BANKRUPTCY<br>DEPARTMENT<br>PO BOX 3025<br>NEW ALBANY, OH  43054 |
| DISCOVER FIN<br>PO BOX 15316<br>WILMINGTON, DE  19850 | EXCELLENCE COMMUNITY MANAGEMENT<br>PO BOX 93567<br>LAS VEGAS, NV  89193 | EXXMBLCITI<br>ATTN.: CENTRALIZED  BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO  64195 |
| EXXMBLCITI<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | FLEET CC/BANK OF AMERICA<br>301 ROCKERIMMON BLVD<br>COLORADO SPRINGS, CO  80919 | FLEET CC/BANK OF AMERICA<br>ATTN: BANKRUPTCY NC4-105-02-99<br>PO BOX 26012<br>GREENSBORO, NC  27410 |
| GEMB / MERVYNS<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | GEMB / MERVYNS<br>PO BOX 981400<br>EL PASO, TX  79998 | GEMB/WALMART<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 |
| GEMB/WALMART<br>PO BOX 981432<br>EL PASO, TX  79998 | GREGORY HEDGEMAN<br>1208 SATELLITE AVE.<br>NORTH LAS VEGAS, NV  89032 | HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL  60197 |


**WINDER, DIANA**                                        CASE NO: BKS-10-32298-ABL

| | | |
|---|---|---|
| HSBC/DAVBR<br>HSBC RETAIL SRVS/ATTN: BK DEPT<br>POB 5263<br>CAROL STREAM, IL  60197 | HSBC/DAVBR<br>POB 978<br>WOOD DALE, IL  60191 | IRS<br>PO BOX 21126<br>INSOLVENCY<br>PHILADELPHIA, PA  19114-0326 |
| MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE, NY  11804 | NELNET LNS<br>3015 S PARKER RD<br>AURORA, CO  80014 | NELNET LNS<br>ATTENTION: CLAIMS<br>PO BOX 17460<br>DENVER, CO  80217 |
| NEVADA FEDERAL CRED UN<br>2645 S MOJAVE RD<br>LAS VEGAS, NV  89121 | RMI MANAGEMENT HOA<br>630 TRADE CENTER DRIVE<br>LAS VEGAS, NV  89119 | RSHK/CBSD<br>ATTN.: CENTRALIZED  BANKRUPTCY<br>PO BOX 20363<br>KANSAS CITY, MO  64195 |
| RSHK/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | SEARS/CBSD<br>701 EAST 60TH ST N<br>SIOUX FALLS, SD  57117 | SHELL OIL / CITIBANK<br>ATTN.: CENTRALIZED  BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO  64195 |
| SHELL OIL / CITIBANK<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | SPIEGEL<br>101 CROSSWAY PARK WEST<br>WOODBURY, NY  11797 | SPIEGEL<br>ATTN: BANKRUPTCY<br>PO BOX 9428<br>HAMPTON, VA  23670 |
| TMC<br>PO BOX 822443<br>PHILADELPHIA, PA  19182 | TNB-VISA<br>PO BOX 560284<br>DALLAS, TX  75356 | TNB-VISA<br>PO BOX 673<br>MINNEAPOLIS, MN  55440 |
| USAA FEDERAL SAVINGS<br>10750 MCDERMETT FWU<br>SAN ANTONIO, TX  78288 | UNVL/CITI<br>8787 BAYPINES<br>JACKSONVILLE, FL  32201 | UNVL/CITI<br>ATTN.: CENTRALIZED  BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO  64195 |
| US BANK HOGAN LOC<br>PO BOX 5227<br>CINCINNATI, OH  45201 | VICTORIA'S SECRET<br>PO BOX 182124<br>COLUMBUS, OH  43218 | VICTORIA'S SECRET<br>PO BOX 182128<br>COLUMBUS, OH  43218 |
| WELLS FARGO<br>PO BOX 60510<br>LOS ANGELES, CA  90060 | WELLS FARGO<br>PO BOX 94435<br>ALBUQUERQUE, NM  87199 | WELLS FARGO BANK NV NA<br>PO BOX 31557<br>BILLINGS, MT  59107 |
| WELLS FARGO HM MORTGAG<br>PO BOX 10335<br>DES MOINES, IA  50306 | DAVID KRIEGER<br>HAINES & KRIEGER, L.L.C<br>1020 GARCES AVE.<br>LAS VEGAS, NV  89101 | DIANA M WINDER<br>1208 SATELLITE AVE.<br>NORTH LAS VEGAS, NV  89032 |

| | | |
|---|---|---|
| **WINDER, DIANA** | | CASE NO: BKS-10-32298-ABL |
| KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV  89101 | BACK BOWL I, LLC<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVE., STE 400<br>SEATTLE, WA  98121 | BANK OF NEW YORK AS TRUSTEE FOR CWALT<br>C/O SHELLPOINT MORTGAGE SERVICING<br>P.O BOX 10826<br>GREENVILLE, SC  29603-0826 |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER T<br>2380 PERFORMANCE DR. BLDG C MAIL STOP: R<br>RICHARDSON, TX  75082 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>NEW YORK, NY  10087-9262 | JPMORGAN CHASE BANK, NA<br>MAIL CODE LA4-5555  700 KANSAS LANE<br>MONROE, LA  71203 |
| PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK, VA  23541 | SHELLPOINT MORTGAGE SERVICING, INC.<br><br>SHELLPOINT MORTGAGE SERVICING, 00000 | THE BANK OF NEW YORK MELLON<br><br>,  00000 |
| UNITED GUARANTY RESIDENTIAL INSURANCE CO. OF<br>P.O. BOX 20327<br>GREENSBORO, NC  27420-0327 | VANDA, LLC<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA  98121 | WELLS FARGO BANK, N.A.<br>3476 STATEVIEW BLVD.<br>FORT MILL, SC  29715 |
| WELLS FARGO HOME MORTGAGE<br>MAC X7801-014<br>3476 STATEVIEW BLVD.<br>FORT MILL, SC  29715 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN  PA 19355-0701<br>,  19355-0701 | BAC HOME LOANS SERVICING LP<br>ATTN: BANKRUPTCY DEPARTMENT<br>400 NATIONAL WAY, MAIL STOP CA6-919-01-2<br>SIMI VALLEY, CALIFORNIA 93065<br>SIMI VALLEY,  93065 |
| BACK BOWL I, L.L.C.<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA  98124 | BANK OF AMERICA N.A<br>P.O.BOX 26012.NC4-105-02-99<br>GREENSBORO,NORTH CAROLINA 27420<br>GREENSBORO,  27420 | BANK OF NEW YORK AS TRUSTEE FOR CWALT 2005-8<br>C/O SHELLPOINT MORTGAGE SERVICING<br>P.O. BOX 10826<br>GREENVILLE, SC  29603 |
| CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | CHASE BANK USA N.A.<br>5202 PRESIDENTS COURT<br>FREDERICK MD 21703<br>,  21703 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE  19850-5145 |
| ECAST SETTLEMENT CORPORATION ASSIGNEE OF CIT<br>(SOUTH DAKOTA) NA<br>POB 29262<br>NEW YORK NY 10087-9262<br>,  10087-9262 | ECMC<br>P.O. BOX 75906<br>ST. PAUL, MN  55175 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN  55116-0408 |
| FIA CARD SERVICES, NA AS SUCCESSOR IN INTERE<br>TO BANK OF AMERICA NA<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA  98124 | FIA CARD SERVICES, NA AS SUCCESSOR IN INTERE<br>BANK OF AMERICA NA AND MBNA AMERICA BANK<br>1000 SAMOSET DRIVE<br>DE5-023-03-03 | GLEN-VIEW TOWNHOME #1 ASSOCIATION<br>330 LINN LANE<br>LAS VEGAS, NV  89110 |
| GLEN-VIEW TOWNHOMES #1 ASSOCIATION<br>330 LINN LANE<br>LAS VEGAS, NORTH LAS VEGAS 89110<br>LAS VEGAS,  89110 | GLEN-VIEW TOWNHOMES #1 ASSOCIATION<br>5575 S. DURANGO AVE #105<br>LAS VEGAS, NEVADA 89113<br>LAS VEGAS,  89113 | GLEN-VIEW TOWNHOMES NO 1 ASSOCIATION<br>1736 E CHARLESTON #353<br>LAS VEGAS, NEVADA 89104<br>LAS VEGAS,  89104 |

| | | |
|---|---|---|
| **WINDER, DIANA** | | CASE NO: BKS-10-32298-ABL |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>3415 VISION DRIVE<br>COLUMBUS, OH  43219 | NEVADA FEDERAL CREDIT UNION<br>PO BOX 15400<br>LAS VEGAS, NEVADA 89114-5400<br>LAS VEGAS,  89114-5400 | ONE NEVADA CREDIT UNION<br>2645 SOUTH MOJAVE ROAD<br>LAS VEGAS, NEVADA 89121<br>LAS VEGAS,  89121 |
| PRA RECEIVABLES MANAGEMENT, LLC., AS AGENT O<br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK VA 23541<br>PORTFOLIO RECOVERY ASSOCIATES,  23541 | THE BANK OF NEW YORK MELLON<br>C/O TIFFANY & BOSCO PA<br>212 S. JONES BLVD.<br>LAS VEGAS, NV  89107 |
| THE BANK OF NEW YORK MELLON<br>C/O TIFFANY 7 BOSCO PA.<br>212 S. JONES BLVD.<br>LAS VEGAS, NV  89107 | UNITED GUARANTY RESIDENTIAL INS. CO.<br>OF NORTH CAROLINA<br>P.O. BOX 601860<br>CHARLOTTE, NC  28260-1860 | UNITED GUARANTY RESIDENTIAL INS. CO.<br>OF NORTH CAROLINA<br>P.O. BOX 60955<br>CHARLOTTE, NC  28254-3413 |
| US BANK N.A.<br>P.O. BOX 5229<br>CINCINNATI, OH  45201 | VANDA, LLC<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA  98124 | WELLS FARGO BANK N.A.<br>ATTENTION BANKRUPTCY DEPARTMENT<br>/MAC: X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL,  29715 |
| WELLS FARGO BANK, N.A.<br>HOME EQUITY GROUP<br>X2303-01A - 1 HOME CAMPUS<br>DES MOINES, IA  50328-0001 | DAVID KRIEGER<br>8985 S EASTERN AVE SUITE 350<br>HENDERSON, NV  89123 | DAVID KRIEGER<br>HAINES & KRIEGER, L.L.C<br>8985 S. EASTERN AVE.<br>SUITE 350<br>HENDERSON, NV  89123 |
| DIANA M WINDER<br>P.O. BOX 336632<br>NORTH LAS VEGAS, NV 89033<br>NORTH LAS VEGAS, NV  00000 | ELIZABETH F. MCCAUSLAND<br>LIZ MCCAUSLAND, P.A.<br>426 NO FERNCREEK AVE<br>ORLANDO, FL  32803 | GEORGE HAINES<br>HAINES & KRIEGER, L.L.C.<br>8985 S. EASTERN AVE.<br>SUITE 350<br>HENDERSON, NV  89123 |
| GEORGE HAINES<br>HAINES & KRIEGER, LLC<br>8985 S EASTERN AVE<br>SUITE 350<br>HENDERSON, NV  89123 | | |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 12/23/2016                           /s/ Esther Carr

                                              Employee of
                                              Kathleen A. Leavitt
                                              Chapter 13 Standing Trustee